Case 5:09-cv-00203-JLH   Document 66   Filed 05/20/10   Page 1 of 1

## N THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEMETRIUS WOODS                                                                                      PLAINTIFF
ADC #108514

v.                                              NO. 5:09CV00203 JLH/BD

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction, *et al*.                                         DEFENDANTS

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Correctional Medical Services Defendants' motion to dismiss (#25) is GRANTED, and all claims against Defendants Griffin and Weast are dismissed without prejudice.

The Arkansas Department of Correction Defendants' motion to dismiss (#35) is GRANTED in part and DENIED in part. Plaintiff's claims against Defendants Mowles, Hughes, and Kelley are dismissed without prejudice. Plaintiff's deliberate indifference claims against Defendants Straughn and Lay are dismissed without prejudice. Plaintiff is permitted to proceed on his retaliation claims against Defendants Barnett, Stanley, Straughn, and Lay.

IT IS SO ORDERED this 20th day of May, 2010.

/s/ J. Leon Holmes
_____
UNITED STATES DISTRICT JUDGE