**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEMETRIUS WOODS                                                                                              PLAINTIFF
ADC #108514

v.                                          NO. 5:09CV00203 JLH/BD

LARRY NORRIS, et al.                                                                                      DEFENDANTS

## AMENDED ORDER

On May 20, 2010, the Court entered an order adopting the Partial Report and Recommendations of United States Magistrate Judge Beth Deere, stating that the parties had not filed objections. Later that day, the Clerk docketed objections from Demetrius Woods, which had been received on May 19 but which were not docketed when the Court entered its order. Upon *de novo* review of the objections, the Court concludes that the partial recommended disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Correctional Medical Services Defendants' motion to dismiss (docket entry #28) is GRANTED, and all claims against Defendants Griffin and Weast are dismissed without prejudice. The Arkansas Department of Correction Defendants' motion to dismiss (docket entry #35) is GRANTED in part and DENIED in part. Plaintiff's claims against Defendants Mowles, Hughes, and Kelley are dismissed without prejudice. Plaintiff's deliberate indifference claims against Defendants Straughn and Lay are dismissed without prejudice. Plaintiff is permitted to proceed on his retaliation claims against Defendants Barnett, Stanley, Straughn, and Lay.

IT IS SO ORDERED this 24th day of May, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE