IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEMETRIUS WOODS,** **PLAINTIFF**
**ADC #108514**

v. **CASE NO. 5:09CV00203 JLH-BD**

**LARRY NORRIS, et al.** **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Dr. James Blackmon and the "Doe" defendants are hereby dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to obtain service of process upon these defendants.

IT IS SO ORDERED this 29th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE