# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEMETRIUS WOODS                                                                         PLAINTIFF
ADC #108514

v.                                    NO. 5:09CV00203 JLH/BD

GAYLON LAY, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After reviewing the recommendation, the Court concludes that the Recommended Disposition should be approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (docket entry #82) is GRANTED. Woods's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of June, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE