**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DEMETRIUS WOODS                                                          PLAINTIFF
ADC #108514

v.                                          NO. 5:09CV00203 JLH/BD

GAYLON LAY, *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE